# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOEL MEANS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 07-400-MJR** |
| | ) | |
| **DAIV DUNKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>MEMORANDUM AND ORDER</u>

**REAGAN, District Judge:**

Plaintiff filed a civil case pursuant to 42 U.S.C. § 1983.  On August 9, 2007, the Court entered an Order directing plaintiff to either pay the full $350 filing fee or submit a proper motion to proceed *in forma pauperis* within thirty days (Doc. 4).  More than thirty days have passed and Plaintiff still has not either paid the full $350 filing fee or submitted a proper motion to proceed *in forma pauperis*.  Therefore, the instant complaint will be dismissed, with prejudice, for failing to comply with the Court's Order.  *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

**DATED: November 9, 2007.**

**<u>s/ Michael J. Reagan</u>**
**MICHAEL J. REAGAN**
**United States District Judge**