## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOEL MEANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 07-400-MJR |
| | ) |
| DAIV DUNKER, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This action came before the Court *sua sponte*. On August 9, 2007, the Court ordered Plaintiff to either pay the full $350 filing fee or file a proper motion to proceed *in forma pauperis* within thirty days, warning him that failure to comply would result in dismissal of this action. FED.R.CIV.P. 41(b). Following Plaintiff's failure to either pay the full $350 filing fee or file a proper motion to proceed *in forma pauperis* in the time allotted, the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to comply with an order of this Court. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

November 9, 2007                              By:   **s/Michael J. Reagan**
*Date*                                                    *District Judge*